UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**UNITED STATES OF AMERICA**

v.                                                         No. 05cr20352
                                                               05cr20349

**LANELL SMITH**

---

### ORDER REFUNDING CASH APPEARANCE BOND

---

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE ORDERED that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $1,000.00 payable to Lanell Smith to the address of 3220 Emerald Street, Memphis, Tennessee 38115 in full refund of the cash appearance bond posted herein.

                                      s/BERNICE DONALD
                                      United States District Judge
                                      August 27, 2007

Approved.
Thomas M. Gould, Clerk of Court

By: s/Terry Haley
Deputy Clerk